CENTRAL TRUST COMPANY OF NEW YORK, Respondent, *v.* FANNIE H. GAFFNEY, Appellant, and FREDERIC E. HUMPREYS, Respondent, Impleaded with Another.

*Central Trust Co.* v. *Gaffney,* 157 App. Div. 501, affirmed.
(Argued June 17, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1913, affirming a judgment entered upon the report of a referee in an action brought by the plaintiff for an accounting as trustee under a deed of trust executed on December 21, 1894, between Frederic Humphreys, party of the first part, Fannie Humphreys Gaffney, party of the second part, and Central Trust Company of New York, party of the third part. By this deed certain shares of stock were transferred to the Central Trust Company in trust to pay over part of the income thereof to Mrs. Fannie H. Gaffney, this defendant, and the mother and guardian of Jayta Humphreys, now Jayta Humphreys von Wolf, and Frederic E. Humphreys, dur-

ing the minority of the said children. When the said Jayta Humphreys reached the age of twenty-one years the trustee was to pay to her one-half of the entire income of the trust fund, together with all accumulations on her share, and, upon attaining the age of thirty years, the trustee was to pay over to her one-half of the principal fund. When the said Frederic E. Humphreys reached the age of twenty-one years the trustee was to pay to him one-half of the income of the trust fund, together with all accumulations on his share, and upon his sister Jayta attaining the age of thirty years the trustee was to pay over to the said Frederic E. Humphreys the other one-half of the principal fund. The complaint, after setting out the above facts, further alleged that Jayta Humphreys von Wolf became thirty years of age on the 6th day of November, 1911; that Frederic E. Humphreys was upwards of twenty-one years of age, and that the defendants Fannie Humphreys Gaffney, Jayta Humphreys von Wolf and Frederic E. Humphreys had, or claimed to have, some interest in the subject-matter of the trust. The plaintiff asked for a judicial determination of its account, and for directions as to the proper distribution of the trust fund.

*Ogden L. Mills, Edward R. Greene* and *Lansing P. Reed* for appellant.

*Albert Rathbone* and *Leland B. Garretson* for plaintiff, respondent.

*James L. Bishop* and *Walter B. Walker* for defendant, respondent.

Judgment affirmed on the opinion of the referee (See 157 App. Div. 502), with costs of this appeal to the plaintiff trust company payable out of the fund, and without costs to either of the other parties as against the other; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.